No. 818. DAVISON-PAXON COMPANY v. CALDWELL. April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Houston White* for petitioner.

No. 825. FOWER ET AL. v. PROVO BENCH CANAL & IRRIGATION CO. ET AL. April 14, 1941. Petition for writ of certiorari to the Supreme Court of Utah denied. *Mr. Wm. A. Hilton* for petitioners. *Mr. H. A. Rich* for respondents.

No. 843. HERMAN, DOING BUSINESS AS HERMAN OIL CO., v. TRAVELERS MUTUAL CASUALTY CO. April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Robert Stone* for petitioner.

No. 846. STANDARD GAS & ELECTRIC CO. v. DEEP ROCK OIL CORP. ET AL.; and

No. 847. STANDARD GAS & ELECTRIC CO. v. DEEP ROCK OIL CORP. April 14, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. A. Louis Flynn, Jacob K. Javits, Wilbur J. Holleman,* and *Selig J. Levitan* for petitioner. *Mr. Jason L. Honigman* for John M. Taylor et al.; *Messrs. William P. Sidley* and *James F. Oates, Jr.* for the Reorganization Committee; *Messrs. George S. Ramsey* and *Villard Martin* for H. N. Greis, Trustee; and *Solicitor General Biddle* and *Messrs. Richard H. Demuth, Chester T. Lane, Bernard D. Cahn,* and *Homer Kripke* for the Securities & Exchange Commission. Reported below: 117 F. 2d 615.